**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1802**

In re:  JOHN DOE,

        Petitioner.

On Petition for Writ of Mandamus.  (7:01-cr-00027-BO-1)

Submitted:  November 30, 2020                 Decided:  December 3, 2020

Before KING and MOTZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

John Doe, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his second motion for bond pending appeal. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We grant the motion to proceed by pseudonym and deny the motion to expedite as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*